AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LEVI D MAST
*also known as*
Levi Mast
*also known as*
Lee Mast

        Plaintiff

v.   Civil Action No. 1:23-cv-71

OUTDOOR ADVENTURES, INC

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Holly A. Brady.

DATE: 05/30/2023           CHANDA J. BERTA, CLERK OF COURT

        by   s/J. Barboza
        *Signature of Clerk or Deputy Clerk*